# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
STANEK, JOHN GEORGE § Case No. 11-25065
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on               .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH R. VOILAND_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-25065   RG   Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | STANEK, JOHN GEORGE | Date Filed (f) or Converted (c): | 06/14/11 (f) |
| | | 341(a) Meeting Date: | 08/08/11 |
| For Period Ending: | 04/01/12 | Claims Bar Date: | 03/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 579 Viking Dr., Batavia, IL | 130,410.00 | 7,339.88 | DA | 0.00 | FA |
| 2. real rstate - 800 Hanson St., Batavia, IL | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 3. time share Celebrity Rst., Lake Buena Vista, CA. | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 4. timeshare - Orange Tree Resort, Scottsdale, AZ. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. time share - Villa Del Palmar, Baja, CA. | 6,000.00 | 3,025.00 | DA | 0.00 | FA |
| 6. Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. bank acct. - Chase # xxxxx6897 | 150.00 | 0.00 | DA | 0.00 | FA |
| 8. bank account - Chase #xx1541 | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 9. checking account - USBank -xxxxxxxx5676 | 510.17 | 0.00 | DA | 0.00 | FA |
| 10. household goods - Basement | 35.00 | 0.00 | DA | 0.00 | FA |
| 11. household goods - Dining Room | 50.00 | 0.00 | DA | 0.00 | FA |
| 12. household goods - Family room | 75.00 | 0.00 | DA | 0.00 | FA |
| 13. household goods - Kitchen | 100.00 | 0.00 | DA | 0.00 | FA |
| 14. household goods - Laundry Room | 100.00 | 0.00 | DA | 0.00 | FA |
| 15. household goods - Living Room | 70.00 | 0.00 | DA | 0.00 | FA |
| 16. household goods - Master Bedroom | 70.00 | 0.00 | DA | 0.00 | FA |
| 17. wearing apparel | 250.00 | 0.00 | DA | 0.00 | FA |
| 18. Northwestern Policy No. 19-165-257 | 172,274.00 | 0.00 | | 86,137.28 | FA |
| 19. acct . rec. - April 7, 2008 | 9,984.38 | 9,984.38 | DA | 0.00 | FA |
| 20. acct. rec. - March 28, 1996 | 125.00 | 125.00 | DA | 0.00 | FA |
| 21. acct. rec. - May 17, 2009 | 5,626.47 | 5,626.47 | DA | 0.00 | FA |
| 22. acct. rec. - May 28, 1993 | 125.00 | 125.00 | DA | 0.00 | FA |
| 23. acct. rec. - May 29, 1992 | 500.00 | 500.00 | DA | 0.00 | FA |
| 24. Sole proprietorship law practice. | 0.00 | 0.00 | DA | 0.00 | FA |
| 25. 2005 Hyundai Santa Fe | 7,600.00 | 5,200.00 | DA | 0.00 | FA |
| 26. 2006 Hyundai Santa Fe | 10,175.00 | 10,175.00 | DA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 11-25065 RG   Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- |
| Case Name: | STANEK, JOHN GEORGE | Date Filed (f) or Converted (c): | 06/14/11 (f) |
| | | 341(a) Meeting Date: | 08/08/11 |
| | | Claims Bar Date: | 03/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. 2010 Hyundai Vera Cruz | 27,150.00 | 0.00 | DA | 0.00 | FA |
| 28. Office furniture | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.81 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $626,080.02 | $44,600.73 | $86,138.09 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/12    Current Projected Date of Final Report (TFR): 06/15/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-25065 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | STANEK, JOHN GEORGE | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******6065  Money Market Account |
| Taxpayer ID No: | *******3537 | | | |
| For Period Ending: | 04/01/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/11 | 18 | Northwestern Mutual | settlement proceeds per court order of 11/10/2011 | 1129-000 | 86,137.28 | | 86,137.28 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 86,137.53 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.56 | | 86,138.09 |
| 01/25/12 | | Transfer to Acct #*******4745 | Bank Funds Transfer | 9999-000 | | 86,138.09 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 86,138.09 | 86,138.09 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 86,138.09 | |
| Subtotal | 86,138.09 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 86,138.09 | 0.00 | |

Page Subtotals    86,138.09    86,138.09

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 11-25065 -RG | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- |
| Case Name: | STANEK, JOHN GEORGE | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******4745 Checking Account |
| Taxpayer ID No: | *******3537 |  |  |
| For Period Ending: | 04/01/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/25/12 |  | Transfer from Acct #*******6065 | Bank Funds Transfer | 9999-000 | 86,138.09 |  | 86,138.09 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 86,138.09 | 0.00 | 86,138.09 |
| Less: Bank Transfers/CD's | 86,138.09 | 0.00 |  |
| Subtotal | 0.00 | 0.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 0.00 | 0.00 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS |  |  |  |
| Money Market Account - ********6065 | 86,138.09 | 0.00 | 0.00 |
| Checking Account - ********4745 | 0.00 | 0.00 | 86,138.09 |
|  | 86,138.09 | 0.00 | 86,138.09 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       86,138.09       0.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 01, 2012 |
|---|---|---|---|---|---|---|

Case Number: 11-25065  
Debtor Name: STANEK, JOHN GEORGE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3120-00 | JOSEPH R. VOILAND | Administrative | | $5.45 | $0.00 | $5.45 |
| 001<br>3110-00 | JOSEPH R. VOILAND | Administrative | | $1,327.50 | $0.00 | $1,327.50 |
| 000001<br>040<br>5200-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $5,727.73 | $0.00 | $5,727.73 |
| 000002<br>040<br>5200-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $11,106.67 | $0.00 | $11,106.67 |
| 000003<br>040<br>5200-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $23,751.90 | $0.00 | $23,751.90 |
| 000004<br>040<br>5200-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $4,355.96 | $0.00 | $4,355.96 |
| 000005<br>040<br>5200-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $7,185.91 | $0.00 | $7,185.91 |
| 000006<br>040<br>5200-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $10,603.17 | $0.00 | $10,603.17 |
| 000007<br>040<br>5200-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $16,818.93 | $0.00 | $16,818.93 |
| 000008<br>040<br>5200-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $15,814.83 | $0.00 | $15,814.83 |
| 000009<br>040<br>5200-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $4,482.47 | $0.00 | $4,482.47 |
| | Case Totals: | | | $101,180.52 | $0.00 | $101,180.52 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-25065
Case Name: STANEK, JOHN GEORGE
Trustee Name: JOSEPH R. VOILAND

   Balance on hand                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Other: JOSEPH R. VOILAND | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses     $_____
  Remaining Balance                 $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |
| 000003 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000005 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000006 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000007 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000008 | American Express Bank, FSB | $ | $ | $ |
| 000009 | GE Capital Retail Bank | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance          $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE