# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STANEK, JOHN GEORGE | § | Case No. 11-25065 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/14/2012 in Courtroom 250,

United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/10/2012 _____     By: Kenneth S. Gardner _____
                                                        Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STANEK, JOHN GEORGE | § | Case No. 11-25065 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 86,138.09 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 86,138.09 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $  7,556.90 | $  0.00 | $  7,556.90 |
| Trustee Expenses: JOSEPH R. VOILAND | $  242.74 | $  0.00 | $  242.74 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $  1,327.50 | $  0.00 | $  1,327.50 |
| Other: JOSEPH R. VOILAND | $  5.45 | $  0.00 | $  5.45 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 9,132.59 |
| Remaining Balance | $ | 77,005.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $    5,727.73 | $    0.00 | $    4,417.40 |
| 000002 | Chase Bank USA, N.A. | $   11,106.67 | $    0.00 | $    8,565.80 |
| 000003 | FIA CARD SERVICES, N.A. | $   23,751.90 | $    0.00 | $   18,318.19 |
| 000004 | FIA CARD SERVICES, N.A. | $    4,355.96 | $    0.00 | $    3,359.45 |
| 000005 | FIA CARD SERVICES, N.A. | $    7,185.91 | $    0.00 | $    5,541.99 |
| 000006 | FIA CARD SERVICES, N.A. | $   10,603.17 | $    0.00 | $    8,177.49 |
| 000007 | FIA CARD SERVICES, N.A. | $   16,818.93 | $    0.00 | $   12,971.28 |
| 000008 | American Express Bank, FSB | $   15,814.83 | $    0.00 | $   12,196.88 |
| 000009 | GE Capital Retail Bank | $    4,482.47 | $    0.00 | $    3,457.02 |

Total to be paid to priority creditors                     $               77,005.50

Remaining Balance                                          $                    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/Joseph R.  Voiland
Trustee

*JOSEPH R.  VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-25065-MB
John George Stanek                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley           Page 1 of 2          Date Rcvd: May 11, 2012
                             Form ID: pdf006          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2012.
```
db        +John George Stanek,   800 Hanson Street,   Batavia, IL 60510-2848
17410989   American Express,   P.O. Box 0001,   Los Angeles, CA 90096-8000
18408554   American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17410990   Bank Of America,   P.O. Box 851001,   Dallas, TX 75285-1001
17410991  +Capital One,   P.O. Box 6492,   Carol Stream, IL 60197-6492
17410992  +Celebrity Resorts,   Villas At Resort World Condo Association,   P.O. Box 29352,
             Phoenix, AZ 85038-9352
17410993  +Chase Bank,   P.O. Box 15153,   Wilmington, DE 19886-5153
18325179   Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17410994  +Chase Cardmember Services,   P.O. Box 15153,   Wilmington, DE 19886-5153
17410995  +Citi AT&T Universal Card,   Processing Center,   Des Moines, IA 50363-0001
17410996   Citi Cards,   P.O. Box 688901,   Des Moines, IA 50368-8901
17410997  +Continental Central Credit, Inc.,   P.O. Box 131120,   Carlsbad, CA 92013-1120
18381849   FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17410998   FIA Card Services,   P.O. Box 851001,   Dallas, TX 75285-1001
17410999  +IOA For Orange Tree Resort,   P.O. Box 78843,   Phoenix, AZ 85062-8843
17410988  +Nordin & Sturino PC,   1555 NapervilleWheaton Road Suite 207,   Naperville, IL 60563-1535
17411000  +PNC Mortgage,   P.O. Box 533510,   Atlanta, GA 30353-3510
17410987  +Stanek John George,   800 Hanson Street,   Batavia, IL 60510-2848
17411003  +Villa Del Palmar Cabo,   Discovery Baja,   P.O. Box 51469,   Los Angeles, CA 90051-5769
17411002  +Villa Del Palmar Cabo,   Discvoery Baja,   P.O. Box 51469,   Los Angeles, CA 90051-5769
17411004   Villas At Resort World Condo Assoc,   P.O. Box 29352,   Phoenix, AZ 85038-9352
17794801  #+Violet V. Stanek,   710 James Street,   Geneva, IL 60134-2102
17411005  +Violet V. Stanek,   c/o Kathleen Vaught, P.C.,   600 W. Roosevelt Road,   Suite B-1,
             Wheaton, IL 60187-2302
17411006  +Wells Fargo Mortgage,   P.O. Box 9039,   Temecula, CA 92589-9039
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18448984   E-mail/PDF: rmscedi@recoverycorp.com May 12 2012 01:37:08     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17411001  +E-mail/PDF: gecsedi@recoverycorp.com May 12 2012 01:37:01     Sam's Club/GEMB,   P.O. Box 530942,
             Atlanta, GA 30353-0942
```
                                                                              TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2012**                          **Signature:**    _Joseph Speetjens_

District/off: 0752-1              User: mhenley           Page 2 of 2           Date Rcvd: May 11, 2012
                                 Form ID: pdf006         Total Noticed: 26

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2012 at the address(es) listed below:
          Clay  Mosberg    on behalf of Creditor  Wells Fargo Bank, N.A. cmosberg@fallaw.com,
           tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
          David W. Nordin    on behalf of Debtor John Stanek law@nordinsturino.com,  dave@nordinsturino.com
          Joseph  Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
          Joseph R Voiland    on behalf of Plaintiff Joseph Voiland jrvoiland@sbcglobal.net
          Kathleen  Vaught    on behalf of Creditor Violet Stanek attykv@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                          TOTAL: 6