UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
STANEK, JOHN GEORGE                 §      Case No. 11-25065
                                    §
            Debtor(s)               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH R. VOILAND_____
                                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| VOILAND, JOSEPH R. | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000006 | FIA CARD SERVICES, N.A. | | | | | |
| 000007 | FIA CARD SERVICES, N.A. | | | | | |
| 000009 | GE CAPITAL RETAIL BANK | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-25065 RG Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | STANEK, JOHN GEORGE | | Date Filed (f) or Converted (c): | 06/14/11 (f) |
| | | | 341(a) Meeting Date: | 08/08/11 |
| For Period Ending: 04/01/12 | | | Claims Bar Date: | 03/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 579 Viking Dr., Batavia, IL | 130,410.00 | 7,339.88 | DA | 0.00 | FA |
| 2. real rstate - 800 Hanson St., Batavia, IL | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 3. time share Celebrity Rst., Lake Buena Vista, CA. | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 4. timeshare - Orange Tree Resort, Scottsdale, AZ. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. time share - Villa Del Palmar, Baja, CA. | 6,000.00 | 3,025.00 | DA | 0.00 | FA |
| 6. Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. bank acct. - Chase # xxxxx6897 | 150.00 | 0.00 | DA | 0.00 | FA |
| 8. bank account - Chase #xx1541 | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 9. checking account - USBank -xxxxxxxx5676 | 510.17 | 0.00 | DA | 0.00 | FA |
| 10. household goods - Basement | 35.00 | 0.00 | DA | 0.00 | FA |
| 11. household goods - Dining Room | 50.00 | 0.00 | DA | 0.00 | FA |
| 12. household goods - Family room | 75.00 | 0.00 | DA | 0.00 | FA |
| 13. household goods - Kitchen | 100.00 | 0.00 | DA | 0.00 | FA |
| 14. household goods - Laundry Room | 100.00 | 0.00 | DA | 0.00 | FA |
| 15. household goods - Living Room | 70.00 | 0.00 | DA | 0.00 | FA |
| 16. household goods - Master Bedroom | 70.00 | 0.00 | DA | 0.00 | FA |
| 17. wearing apparel | 250.00 | 0.00 | DA | 0.00 | FA |
| 18. Northwestern Policy No. 19-165-257 | 172,274.00 | 0.00 | | 86,137.28 | FA |
| 19. acct . rec. - April 7, 2008 | 9,984.38 | 9,984.38 | DA | 0.00 | FA |
| 20. acct. rec. - March 28, 1996 | 125.00 | 125.00 | DA | 0.00 | FA |
| 21. acct. rec. - May 17, 2009 | 5,626.47 | 5,626.47 | DA | 0.00 | FA |
| 22. acct. rec. - May 28, 1993 | 125.00 | 125.00 | DA | 0.00 | FA |
| 23. acct. rec. - May 29, 1992 | 500.00 | 500.00 | DA | 0.00 | FA |
| 24. Sole proprietorship law practice. | 0.00 | 0.00 | DA | 0.00 | FA |
| 25. 2005 Hyundai Santa Fe | 7,600.00 | 5,200.00 | DA | 0.00 | FA |
| 26. 2006 Hyundai Santa Fe | 10,175.00 | 10,175.00 | DA | 0.00 | FA |

Case 11-25065 Doc 56 Filed 08/12/12 Entered 08/12/12 10:40:38 Desc Main
Document Page 7 of 10

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 11-25065 | RG | Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | STANEK, JOHN GEORGE | | | | Date Filed (f) or Converted (c): | 06/14/11 (f) |
| | | | | | 341(a) Meeting Date: | 08/08/11 |
| | | | | | Claims Bar Date: | 03/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. 2010 Hyundai Vera Cruz | 27,150.00 | 0.00 | DA | 0.00 | FA |
| 28. Office furniture | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.81 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $626,080.02 | $44,600.73 | $86,138.09 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/12     Current Projected Date of Final Report (TFR): 06/15/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 11-25065 -RG |
| Case Name: | STANEK, JOHN GEORGE |
| Taxpayer ID No: | *******3537 |
| For Period Ending: | 07/17/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******6065 Money Market Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/11 | 18 | Northwestern Mutual | settlement proceeds per court order of 11/10/2011 | 1129-000 | 86,137.28 | | 86,137.28 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 86,137.53 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.56 | | 86,138.09 |
| 01/25/12 | | Transfer to Acct #*******4745 | Bank Funds Transfer | 9999-000 | | 86,138.09 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 86,138.09 | 86,138.09 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 86,138.09 | |
| Subtotal | | 86,138.09 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 86,138.09 | 0.00 | |

Page Subtotals     86,138.09     86,138.09

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-25065 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | STANEK, JOHN GEORGE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4745 Checking Account |
| Taxpayer ID No: | *******3537 | | | |
| For Period Ending: | 07/17/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******6065 | Bank Funds Transfer | 9999-000 | 86,138.09 | | 86,138.09 |
| 06/13/12 | 001003 | JOSEPH R. VOILAND | | 3110-000 | | 1,327.50 | 84,810.59 |
| 06/14/12 | 001001 | JOSEPH R. VOILAND | | 2100-000 | | 7,556.90 | 77,253.69 |
| 06/14/12 | 001002 | JOSEPH R. VOILAND | | 2200-000 | | 242.74 | 77,010.95 |
| 06/14/12 | 001004 | JOSEPH R. VOILAND | | 3120-000 | | 5.45 | 77,005.50 |
| 06/14/12 | 001005 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | | 5200-000 | | 4,417.40 | 72,588.10 |
| 06/14/12 | 001006 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | | 5200-000 | | 8,565.80 | 64,022.30 |
| 06/14/12 | 001007 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | | 5200-000 | | 18,318.19 | 45,704.11 |
| 06/14/12 | 001008 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | | 5200-000 | | 3,359.45 | 42,344.66 |
| 06/14/12 | 001009 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | | 5200-000 | | 5,541.99 | 36,802.67 |
| 06/14/12 | 001010 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | | 5200-000 | | 8,177.49 | 28,625.18 |
| 06/14/12 | 001011 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | | 5200-000 | | 12,971.28 | 15,653.90 |
| 06/14/12 | 001012 | American Express Bank, FSB c o Becket and Lee LLP | | 5200-000 | | 12,196.88 | 3,457.02 |
| | | | Page Subtotals | | 86,138.09 | 82,681.07 | |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-25065 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | STANEK, JOHN GEORGE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4745 Checking Account |
| Taxpayer ID No: | *******3537 | | | |
| For Period Ending: | 07/17/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/14/12 | 001013 | POB 3001<br>Malvern, PA 19355-0701<br>GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | | 5200-000 | | 3,457.02 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 86,138.09 | 86,138.09 | 0.00 |
| Less: Bank Transfers/CD's | 86,138.09 | 0.00 | |
| Subtotal | 0.00 | 86,138.09 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 86,138.09 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| Money Market Account - ********6065 | 86,138.09 | 0.00 | 0.00 |
| Checking Account - ********4745 | 0.00 | 86,138.09 | 0.00 |
| | 86,138.09 | 86,138.09 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    3,457.02

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*